# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-0075
_____

SVETLANA PEVNITSKAYA,

Appellant,

v.

REEMPLOYMENT ASSISTANCE
APPEALS COMMISSION and
FLORIDA STATE UNIVERSITY,

Appellees.

_____

On appeal from the Reemployment Assistance Appeals
Commission.
Charles T. Faircloth, Jr., Chair.

February 4, 2026

PER CURIAM.

AFFIRMED.

LEWIS, RAY, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Svetlana Pevnitskaya, pro se, Appellant.

Amanda L. Neff and Katie E. Sabo, Reemployment Assistance Appeals Commission, Tallahassee, for Appellee.